[No. 73828-3-I.   Division One.   January 17, 2017.]

ERIC ROOTVIK, *Petitioner*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-24143-7, Julie A. Spector, J., entered May 29, 2015. *Denied* by unpublished opinion per Appelwick, J., concurred in by Leach and Spearman, JJ.

[No. 73923-9-I.   Division One.   January 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY CURTIS RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-01185-0, Millie M. Judge, J., entered July 30, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Schindler and Trickey, JJ.

[No. 73951-4-I.   Division One.   January 17, 2017.]

WILMINGTON TRUST NATIONAL ASSOCIATION, *as Sucessor Trustee, Respondent*, v. CAROL A. WERELIUS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-19177-4, Theresa B. Doyle, J., entered August 13, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Mann, JJ.

[No. 73953-1-I.   Division One.   January 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD CHARLES WHITNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 12-1-01090-0, Michael E. Rickert, J., entered June 12, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Leach and Spearman, JJ.